1  RONALD W. BROWN, ESQ. (SBN 107340)
   ROBERT L. BOUCHER, ESQ. (SBN 244760)
2  COOK BROWN, LLP
   555 CAPITOL MALL, SUITE 425
3  SACRAMENTO, CALIFORNIA 95814
   TELEPHONE NO.:  916-442-3100
4  FACSIMILE NO.:  916-442-4227

5  Attorneys for Plaintiff GILBERTSON DRAGLINES, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  GILBERTSON DRAGLINES, INC.,              Case No.  2:08-CV-01746-MCE-EFB

12              Plaintiff,                   **ORDER GRANTING EXTENSION OF
                                             TIME TO FILE JOINT STATUS
13       v.                                  REPORT**

14  OPERATING ENGINEERS HEALTH AND
    WELFARE TRUST FUND FOR NORTHERN
15  CALIFORNIA; PENSION TRUST FUND FOR
    OPERATING ENGINEERS; PENSIONED
16  OPERATING ENGINEERS HEALTH AND
    WELFARE FUND; OPERATING ENGINEERS
17  ANNUITY TRUST FUND; OPERATING
    ENGINEERS AND PARTICIPATING
18  EMPLOYERS PRE-APPRENTICESHIP,
    APPRENTICE AND JOURNEYMAN
19  AFFIRMATIVE ACTION TRAINING FUND;
    OPERATING ENGINEERS VACATION AND
20  HOLIDAY PLAN; CONTRACT
    ADMINISTRATION FUND; OPERATING
21  ENGINEERS MARKET PRESERVATION
    FUND; OPERATING ENGINEERS
22  INDUSTRY STABILIZATION TRUST FUND;
    BUSINESS DEVELOPMENT TRUST FUND;
23  and HEAVY AND HIGHWAY COMMITTEE,

                 Defendants.
24

25  ///

26  ///

27  ///

28  ///

_____
              ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

1

<u>**ORDER**</u>

2          Pursuant to Local Rule 6-144(a), the Parties are hereby ordered to meet and confer regarding

3    Federal Rules of Civil Procedure ("FRCP") 26(f) requirements no later than October 30, 2008.

4    Thereafter, the parties are ordered to file a Joint Status Report NOT LATER THAN  November 14,

5    2008, indicating they have exchanged initial disclosures under FRCP 26(a), and containing their

6    FRCP 26(f) discovery plan.

7          There will be further extensions granted to the requirement of filing the Rule 26(a)

8    disclosures.

9

10   DATED:  October 22, 2008

11

12                                    _____
                                         MORRISON C. ENGLAND, JR
13   _____                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

M:\KDB\8309\Pleading\08cv1746.o.1022.doc                    1

PDF created with pdfFactory trial version www.pdffactory.com