IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERTSON DRAGLINES, INC.,

    Plaintiff,                                        No. CIV S-08-1746 MCE EFB

    vs.

OPERATING ENGINEERS HEALTH
AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.,

    Defendants.                               ORDER
_____/

       On June 17, 2009, this court heard plaintiff's motion to compel supplemental responses to Interrogatories Nos. 21-24, and to propound additional interrogatories, Nos. 25-32.[1] Both parties also requested monetary sanctions. Attorney Robert Boucher appeared on behalf of plaintiff and attorney Kristen McCulloch appeared on behalf of defendant.

       For the reasons stated on the record, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion to propound additional interrogatories, Nos. 25-32, is GRANTED. Defendant's verified responses shall be served on or before June 24, 2009.

////

---

[1] Plaintiff's motion to compel production was resolved by the parties prior to the hearing.

1

1      2. Plaintiff's motion to compel supplemental responses to Interrogatories Nos. 21-24 is
2  DENIED as moot in light of the responses required by the additional interrogatories, Nos. 25-32.
3      3. The parties' respective requests for sanctions are DENIED.
4      SO ORDERED.
5  DATED: June 18, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE