Muriel B. Kaplan, Esq. (SBN 124607)
Anne M. Bevington, Esq. (SBN 111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Defendants and Counter-Claimants
Operating Engineers Health And Welfare Trust
Fund For Northern California, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GILBERTSON DRAGLINES, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　Defendants.<br><br>OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　Counter-Claimants.<br><br>v.<br><br>GILBERTSON DRAGLINES, INC.,<br><br>　　　Counter-Defendant. | Case No.:  2:08-CV-01746-MCE<br><br>**DEFENDANTS' AND COUNTER-CLAIMANTS' REQUEST FOR TELEPHONIC APPEARANCE; ORDER THEREON**<br><br>Date:　　　January 26, 2012<br>Time:　　　2:00 p.m.<br>Ctrm:　　　7<br>Judge:　　Hon. Morrison C. England |

　　　Defendants and counter-claimants herein respectfully request that they be permitted to appear telephonically at the Motion to Withdraw as Attorney currently on calendar for January 26, 2012.

　　　1.　　　Defendants and counter-claimants have filed a Statement of Non-Opposition to the motion of Cook Brown LLP to withdraw as counsel of record for plaintiff and counter-defendant

-1-
DEFENDANTS' AND COUNTER-CLAIMANTS' REQUEST FOR TELEPHONIC APPEARANCE
**Case No.:** 2:08-CV-01746-MCE

1  Gilbertson Draglines, Inc.

2        2.    In order to minimize additional attorneys' fees and costs, and in the interest of
3  conserving costs as well as the Court's time and resources, defendants and counter-claimants
4  respectfully request that they be permitted to appear telephonically at the January 26, 2012 Motion
5  By Cook Brown, LLP to Withdraw as Counsel.

6        I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
7  entitled action, and that the foregoing is true of my own knowledge.

8        Executed this 10th day of January, 2012, at San Francisco, California.

                                    SALTZMAN & JOHNSON
9                                   LAW CORPORATION
10

11                              By:  /S/Anne M. Bevington
                                    Anne M. Bevington
12                                  Attorneys for defendants and counter-
                                    claimants
13

14        Based on the foregoing, and GOOD CAUSE APPEARING, it is hereby ORDERED that
15  the request of Anne M. Bevington, counsel for defendants and counter-claimants, to appear
16  telephonically at the motion of Cook Brown LLP to withdraw as counsel of record for plaintiff
17  and counter-defendant Gilbertson Draglines, Inc. on January 26, 2012 at 2:00 p.m. is GRANTED.
18  The Court shall initiate the phone contact to Plaintiffs' counsel at 415-882-7900.
19

20  Dated:  January 11, 2012

21
                                    _____
22                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28