UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GILBERTSON DRAGLINES, INC.,                No. 2:08-cv-01746-MCE-EFB

       Plaintiff,

  v.                                        ORDER

OPERATING ENGINEERS HEALTH AND
WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.,

       Defendants.

----oo0oo----

    Per their motion, Ronald W. Brown, Robert L. Boucher and the firm Cook Brown, LLP (collectively "Counsel"), seek leave of this Court to withdraw as Plaintiff's attorneys. Counsel's declaration submitted in support of the instant motion is deficient in that the Court has not been provided with Plaintiff's last known address. See Local Rule 182 (d) ("The attorney shall provide an affidavit stating the current or last known address or addresses of the client.").

///
///

1

Accordingly, Counsel is hereby ordered, not later than two days following the date this Order is electronically filed, to file a supplemental declaration providing that required information. The Court will defer ruling on Counsel's motion until that supplemental declaration is received.[1]

    IT IS SO ORDERED.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing. E.D. Cal. Local Rule 230(g).

2