| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | mkaplan@sjlawcorp.com |
| 2 | Anne M. Bevington, Esq. (SBN 111320) |
| | abevington@sjlawcorp.com |
| 3 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 4 | San Francisco, CA 94104 |
| | (415) 882-7900 |
| 5 | (415) 882-9287 – Facsimile |
| 6 | Attorneys for Defendants and Counter-Claimants |
| | Operating Engineers Health And Welfare Trust |
| 7 | Fund For Northern California, et al. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | GILBERTSON DRAGLINES, INC., | Case No.: 2:08-CV-01746-MCE |
| 11 | Plaintiff, | **JOINT NOTICE OF SETTLEMENT; ORDER** |
| 12 | v. | |
| 13 | OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | |
| 15 | Defendants. | |
| 16 | | |
| 17 | OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | |
| 18 | Counter-Claimants. | |
| 19 | v. | |
| 20 | GILBERTSON DRAGLINES, INC., | |
| 21 | Counter-Defendant. | |

Pursuant to Rule 160 of the Civil Local Rules of this Court, plaintiff and counter-defendant Gilbertson Draglines, Inc., and defendants and counter-claimants Operating Engineers Health and Welfare Trust Fund for Northern California, et al., jointly notify the Court that the parties have reached a settlement of the entire action. The parties estimate that they can reduce their agreement to writing and file the dismissals of their complaint and counter-claim within 30 days. The parties

- 1 -  **JOINT NOTICE OF SETTLEMENT; ORDER**
Case No. 2:08-CV-01746-MCE

1  hereby request that the Court vacate all pending due dates and hearings and enter an order
2  requiring the parties to file their dismissals by August 9, 2012.

3  Dated: July 10, 2012.                    SIMPSON, GARRITY, INNES & JACUZZI
                                            Professional Corporation
4
5                                           By:      /S/ Paul V. Simpson
                                                   PAUL V. SIMPSON
6
                                            Attorneys for Plaintiff and Counter-Defendant
7                                           GILBERTSON DRAGLINES, INC.

8  Dated: July 10, 2012.                    SALTZMAN & JOHNSON LAW CORPORATION
9
                                            By:      /S/ Anne M. Bevington
10                                                 ANNE M. BEVINGTON

11                                          Attorneys for Defendants and Counter-Claimants
                                            OPERATING ENGINEERS HEALTH AND
12                                          WELFARE TRUST FUND FOR NORTHERN
                                            CALIFORNIA, et al.,
13

14                                          **ORDER**

15         Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are
16  hereby vacated and the parties shall file the dismissals of plaintiff's complaint and counter-
17  claimants' counter-claim by August 9, 2012.

18         IT IS SO ORDERED.

19  Dated:  July 13, 2012

20                                          _____
                                            MORRISON C. ENGLAND, JR
21                                          UNITED STATES DISTRICT JUDGE

- 2 -   **JOINT NOTICE OF SETTLEMENT;
ORDER
Case No. 2:08-CV-01746-MCE**