RONALD F. GARRITY, BAR NO. 110488
PAUL V. SIMPSON, BAR NO. 83878
SARAH E. LUCAS, BAR NO. 148713
MARINA C. GRUBER, BAR NO. 271542
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Plaintiff and Counterdefendant
GILBERTSON DRAGLINES, INC.

Muriel B. Kaplan, Esq. (SBN 124607)
mkaplan@sjlawcorp.com
Anne M. Bevington, Esq. (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile

Attorneys for Defendants and Counterclaimants
Operating Engineers Health And Welfare Trust
Fund For Northern California, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GILBERTSON DRAGLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Defendants. | Case No.: 2:08-CV-01746-MCE <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL; ORDER THEREON** |
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Counterclaimants, <br><br> v. <br><br> GILBERTSON DRAGLINES, INC., <br><br> Counterdefendant. | |

- 1 -   **STIP. FOR VOLUNTARY DISMISSAL; ORDER THEREON**

The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this entire action, including Plaintiff's Complaint and Counterclaimants' Counterclaim, be dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Dated: August 15, 2012.

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: /S/ Paul V. Simpson
     PAUL V. SIMPSON

Attorneys for Plaintiff and Counter-Defendant
GILBERTSON DRAGLINES, INC.

Dated: August 15, 2012.

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/ Anne M. Bevington
     ANNE M. BEVINGTON

Attorneys for Defendants and Counter-Claimants
OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.

**ORDER**

IT IS SO ORDERED.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE